FILED & ENTERED

JAN 09 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Pgarcia   DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>LAURA KAY JAMES and<br>JAKE GUILLERMO JAMES,<br><br>                              Debtor(s). | Chapter 7<br><br>Case No.:  1:16-bk-11150-VK<br>Adv. No:    1:16-ap-01097-VK<br><br>**JUDGMENT AFTER COURT TRIAL** |
| VIKTORIA KIRAKOSIAN,<br><br>                              Plaintiff(s),<br>     v.<br><br>LAURA KAY JAMES, JAKE GUILLERMO JAMES,<br><br>                              Defendant(s). | Date:   November 1, 2017<br>Time:  9:30 a.m.<br>Place:  Courtroom 301<br>            21041 Burbank Blvd.<br>            Woodland Hills, CA  91367 |

On November 1, 2017 at 9:30 a.m., a trial was held in Courtroom 301 of the above-captioned Court, the Honorable Victoria S. Kaufman, United States Bankruptcy Judge, presiding. Scott D. Olsen appeared as counsel for Viktoria Kirakosian ("Plaintiff") and Laura Kay James and Jake Guillermo James ("Defendants") appeared *in propria personae*.  The matter was tried before the Court sitting without a jury.

After taking testimony, receiving evidence, and hearing oral argument at trial, and for the reasons set forth in the Court's ruling [doc. 41],

IT IS HEREBY ORDERED that:

1. Plaintiff has met her burden of proof.
2. The debt owed to Plaintiff arising from missed rent payments and damage to the property located at 14020 Burbank Boulevard, Sherman Oaks, California 91401 ("Property"), in the total amount of $16,509.53, is excepted from discharge under 11 U.S.C. §§ 523(a)(2)(A).
3. The debt owed to Plaintiff arising from damage to the Property, in the amount of $2,559.53, is also excepted from discharge pursuant to 11 U.S.C. § 523(a)(6).
4. Plaintiff is not entitled to judgment under 11 U.S.C. § 523(a)(2)(B).
5. Judgment is entered in favor of Plaintiff on Plaintiff's claims under 11 U.S.C. §§ 523(a)(2)(A) and (a)(6).
6. The Court will award Plaintiff attorney's fees in the amount of $500.

###

Date: January 9, 2018

Victoria S. Kaufman
United States Bankruptcy Judge