# UNITED STATES BANKRUPTCY APPELLATE PANEL

## OF THE NINTH CIRCUIT

---

In re: LAURA KAY JAMES; JAKE GUILLERMO JAMES

Debtors

------------------------------

LAURA KAY JAMES; JAKE GUILLERMO JAMES

Appellants

v.

VIKTORIA KIRAKOSIAN; VIKTORIA KIRAKOSIAN

Appellees

BAP No. CC-18-1021-TaFKu

Bankr. No. 1:16-bk-11150-VK
Adv. No. 1:16-ap-01097-VK
Chapter 7

**FILED**

JAN 31 2019

SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

---

## JUDGMENT

ON APPEAL from the United States Bankruptcy Court for California Central - San Fernando.

THIS CAUSE came on to be heard on the record and the briefs of the parties.

ON CONSIDERATION WHEREOF, it is ordered and adjudged by this Panel that the judgment of the Bankruptcy Court is AFFIRMED.

**FOR THE PANEL,**

Susan M Spraul
Clerk of Court
**By:** Patti Ippolito, Deputy Clerk

BANKRUPTCY APPELLATE PANEL
OF THE NINTH CIRCUIT
A True Copy
Attest:
Susan M. Spraul, Clerk
by Deputy Clerk