# UNITED STATES BANKRUPTCY APPELLATE PANEL

# OF THE NINTH CIRCUIT

_____

In re: LAURA KAY JAMES; JAKE GUILLERMO JAMES

                Debtors                   BAP No. CC-18-1021-TaFKu

-------------------------------

LAURA KAY JAMES; JAKE GUILLERMO JAMES

Bankr. No. 1:16-bk-11150-VK
Adv. No. 1:16-ap-01097-VK
Chapter 7

                Appellants

                v.

VIKTORIA KIRAKOSIAN; VIKTORIA KIRAKOSIAN

April 4, 2019

                Appellees

_____

Date: April 4, 2019

The referenced appeal was mandated by this Panel on 4/4/19. The judgment was appealed to the United States Court of Appeals for the Ninth Circuit on 3/26/19. The appeal to the Ninth Circuit is currently pending.

                                      By: Patti Ippolito, Deputy Clerk
                                      Date: April 4, 2019